**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 2 9 2011

Civil Action No. 11-cv-01859-BNB

GREGORY C. LANGHAM

**(The above civil action number must appear on all future papers**
**sent to the court in this action.  Failure to include this number**
**may result in a delay in the consideration of your claims.)**

CLERK

BRIAN B. TUCKER,

      Plaintiff,

v.

UNITED STATES,
UNICOR, and
KIM NELSON,

      Defendants.

---

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

---

Plaintiff has submitted a Civil Rights Complaint Pursuant to 42 U.S.C. § 1983

and an Application to Proceed in Forma Pauperis.  As part of the court's review

pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted

documents are deficient as described in this order.  Plaintiff will be directed to cure the

following if he wishes to pursue his claims.  Any papers which the Plaintiff files in

response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**
(1)   __   is not submitted
(2)   __   is missing affidavit
(3)   _X_   is missing certified copy of prisoner's trust fund statement for the 6-month
                period immediately preceding this filing: (Account statement submitted is
                not certified by an appropriate official of Plaintiff's penal institution.)
(4)   __   is missing certificate showing current balance in prison account
(5)   __   is missing required financial information

(6)    __    is missing an original signature by the prisoner

(7)    X    is not on proper form (must use the court's current form)

(8)    __    names in caption do not match names in caption of complaint, petition or habeas application

(9)    __    An original and a copy have not been received by the court. Only an original has been received.

(10)    X    other: Motion is necessary only if $350.00 filing fee is not paid in advance.

**Complaint, Petition or Application:**

(11)    __    is not submitted

(12)    X    is not on proper form (must use the court's current form)

(13)    __    is missing an original signature by the prisoner

(14)    __    is missing page nos. ___

(15)    __    uses et al. instead of listing all parties in caption

(16)    __    An original and a copy have not been received by the court. Only an original has been received.

(17)    __    Sufficient copies to serve each defendant/respondent have not been received by the court.

(18)    __    names in caption do not match names in text

(19)    __    other _____

Accordingly, it is

ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers which the Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the Plaintiff shall obtain the court-approved Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Prisoner Complaint forms (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice. The dismissal shall be without prejudice.

2

DATED July 29, 2011, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-01859-BNB

Brian B Tucker
Reg. No. 11346-081
FCI Bastrop
PO Box 1010
Bastrop, TX 78602

     I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on July 29, 2011.

GREGORY C. LANGHAM, CLERK

By:_____
               Deputy Clerk