**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-01859-REB-BNB

BRIAN B. TUCKER,

    Plaintiff,
v.

UNITED STATES OF AMERICA,
UNICOR, and
KIM NELSON,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter comes before me on the **Stipulation of Dismissal** [#30][1] filed February 15, 2012. After reviewing the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulation of Dismissal** [#30] filed February 15, 2012, is **APPROVED**; and

    2. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

    Dated February 15, 2012, at Denver, Colorado.

    **BY THE COURT:**

*/s/ Bob Blackburn*
Robert E. Blackburn
United States District Judge

---

[1] "[#30]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.